UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SANDRA HOCKLER, et al.,

    Plaintiffs,

v.

    Case No. 2:12-CV-209
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE TERENCE P. KEMP

INNOVATIVE AMERICAN
MANUFACTURING, INC., et al.,

    Defendants.

## ORDER

The Magistrate Judge issued a Report and Recommendation in this matter on June 11, 2012 (Doc. 19), recommending that Plaintiff Sandra Hockler's Motion to Remand (Doc. 9) be denied. Plaintiffs have submitted Objections to the Magistrate Judge's Report and Recommendation (Doc. 21), to which Defendants seek to respond.

Defendants may have until **Tuesday, July 17, 2012** to respond. Any reply by the Plaintiffs shall be filed by **Tuesday, July 31, 2012**.

IT IS SO ORDERED.

6-26-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE