IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA HOCKLER, *etc., et al.*, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:12-cv-00209 |
| | : | |
| | : | |
| v. | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| INNOVATIVE AMERICAN | : | |
| MANUFACTURING, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties having settled all disputes in this matter, this case is hereby dismissed

with prejudice pursuant to Fed.R.Civ.P. 41. The parties shall bear their own costs,

including attorneys' fees.

_____   1-3-2013

Judge Edmund A. Sargus, Jr.
United States District Judge


| | |
|---|---|
| */s/ Richard M. Garner* | */s/ Roger P. Sugarman* |
| Richard M. Garner   (0061734) | Roger P. Sugarman   (0012007) |
| DAVIS & YOUNG | KEGLER, BROWN, HILL & RITTER |
| 1200 Fifth Third Center | A Legal Professional Association |
| 600 Superior Avenue, East | 65 East State Street, Suite 1800 |
| Cleveland, Ohio 44114 | Columbus, Ohio 43215 |
| (216) 348-1700 | (614) 462-5400 |
| rgarner@davisyoung.com | rsugarman@keglerbrown.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |