IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SANDRA HOCKLER, *etc., et al.*, | : |
| Plaintiff, | : Case No. 2:12-cv-00209 |
| v. | : Judge Edmund A. Sargus, Jr. |
| INNOVATIVE AMERICAN MANUFACTURING, INC., *et al.*, | : |
| Defendants. | : |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties having settled all disputes in this matter, this case is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41. The parties shall bear their own costs, including attorneys' fees.

 1-3-2013
Judge Edmund A. Sargus, Jr.
United States District Judge


/s/ Richard M. Garner
Richard M. Garner  (0061734)
DAVIS & YOUNG
1200 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114
(216) 348-1700
rgarner@davisyoung.com

*Attorneys for Plaintiff*

/s/ Roger P. Sugarman
Roger P. Sugarman   (0012007)
KEGLER, BROWN, HILL & RITTER
A Legal Professional Association
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
rsugarman@keglerbrown.com

*Attorneys for Defendant*